IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 DEC 28  A 9: 5

Melton Lee Eplan
_____
Full name and prison number
of plaintiff(s)

v.

Lee County — State
_____

City of Auburn
_____

Judge Bailey
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:05cv1231-T
(To be supplied by Clerk of
 U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (  ) NO ( X )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (  ) NO ( X )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   Judge Bailey of Auburn City Jail.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   The Case was Appealed — Rain Concerrent.

6. Approximate date of filing lawsuit 12-26-005

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT Lee County Justice Center.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Lee County Alabama

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                              ADDRESS
1. Judge Bailey      Auburn City Jail
2. District Attorney
3. _____
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2001 — 2005

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was sentence to Six Years IN Prison And All my misdemeanor Cases was Rain Concerrent. With my State Time.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

2001 I Appealed Misdemeanor Case's from the City of Auburn to the County (2001) during the Appeal Process I Caught Another Charge (Felony) Judge Harper And Bobby Pool Agreed to Run My Misdemeanor time in with my State time.

**GROUND TWO:** I'm Currently doing Time own the Misdemeanor Case's that Was Supposed Have

**SUPPORTING FACTS:** being Ran Concurrent.
June 14 2005 I Was Arrested With out Probably Probable Cause. Upon Questioning The officers BASS And Another Officer questioned me And they Ran my Name in for Warrant's That's How I found out the

**GROUND THREE:** Case's Were Not Ran Concurrent.

**SUPPORTING FACTS:** I Have Written the Circuit Clerk Atleast three times.
I Wrote The Judge And Mrs Salley Hoard
I Wrote Them Atleast ten times
I Wrote Them Starting (June 14 Until Now)
I've Never gotten any Response on Any of the Matters.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I Would like for you to INstruct the Judge to go through my file because Everything is Not Correct

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12/26/005
(Date)

_____
Signature of plaintiff(s)

4