IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELTON LEE EILAND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:05-CV-1231-WKW |
| | ) |
| LEE COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On January 9, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is ORDERED that:

1. Plaintiff's complaint against the named defendants is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

2. Plaintiff's challenge to the execution of his 2001 sentence is summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii); and

3. This case is DISMISSED prior to service of process.

Done this the 31st day of January, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE